```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

FREDERIC P. ZOTOS,
      Plaintiff,


      v.                              CIVIL ACTION NO.
                                      12-11126-MBB

TOWN OF HINGHAM, et al.,
      Defendants.
```

**ORDER OF RECUSAL**

**October 3, 2012**

**BOWLER, U.S.M.J.**

Pursuant to 28 U.S.C. §§ 455(a) and 455(b)(4), I disqualify myself from presiding over this action.  Accordingly, I recuse myself from presiding over this case.


                                         /s/ Marianne B. Bowler
                                         **MARIANNE B. BOWLER**
                                         United States Magistrate Judge